B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Alabama

IN RE:                                                                                    Case No. _____

Southeastern Bolt & Screw, Inc.                                Chapter 11
                 Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| **PNC** <br> C/O George M. Neal, Esq. <br> P.O. Box 55727 <br> Birmingham, AL 35255-5727 | | **Bank loan** | | 2,700,000.00 <br> Collateral: <br> 800,000.00 <br> Unsecured: <br> 1,900,000.00 |
| **Porteous Fastener Company** <br> 12801 Leffingwell Avenue <br> Santa Fe, CA 90670 | | Trade debt | | 466,000.00 |
| **Porteous Fastener Company** <br> 12801 Leffingwell Avenue <br> Santa Fe, CA 90670 | | Trade debt | | 275,000.00 |
| **J.T. Smallwood** <br> 716 Richard Arrington Jr. Blvd N <br> Birmingham, AL 35203 | | Tax | | 104,882.68 |
| **Internal Revenue Service** <br> P.O. Box 7346 <br> Philadelphia, PA 19101-7346 | | Tax | | 41,217.29 |
| **Stelfast Fasteners, Inc.** <br> 22979 Stelfast Parkway <br> Strongsville, OH 44149 | | Trade debt | | 30,691.20 |
| **American Express** <br> C/O Jaffee And Asher <br> 600 Third Avenue <br> New York, NY 10016 | | Credit Card | | 28,473.47 |
| **Old Dominion Freight Line, Inc.** <br> C/O David Schwartz <br> P.O. Box 11366 <br> Birmingham, AL 35202 | | Trade debt | | 23,016.70 <br> Collateral: <br> 0.00 <br> Unsecured: <br> 23,016.70 |
| **Coast To Coast Logistics, Inc.** <br> 1411 Lantana Drive <br> Birmingham, AL 35226 | | Trade debt | | 21,867.26 |
| **Nucor Steel** <br> P.O. Box 75094 <br> Charlotte, NC 28275-5094 | | Trade debt | | 20,021.86 |
| **Warren Averett, LLC** <br> 2500 Acton Road <br> Birmingham, AL 35243 | | Trade debt | | 19,700.00 |
| **Interstate Threaded Products** <br> P.O. Box 224429 <br> Dallas, TX 75222 | | Trade debt | | 16,356.43 |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| Creditor | Type | Amount |
|---|---|---|
| City Of Birmingham<br>License Division<br>710 North 20th Street<br>Birmingham, AL 35203 | Tax | 12,367.30 |
| Vaco Birmingham, LLC<br>C/O Nathan & Nathan, PC<br>P.O. Box 1715<br>Birmingham, AL 35201 | Trade debt | 11,300.00<br>Collateral:<br>0.00<br>Unsecured:<br>11,300.00 |
| Carr, Riggs, & Ingram, LLC<br>P.O. Box 55765<br>Birmingham, AL 35255 | Trade debt | 11,058.75 |
| Ryder Transportation Services<br>P.O. Box 402366<br>Atlanta, GA 30384-2366 | Trade debt | 10,055.31 |
| Earnest Machine Products<br>Dept. 781567<br>P.O. Bo X78000<br>Detroit, MI 48278-1567 | Trade debt | 9,634.08 |
| Valley Forge & Bolt MFG. Co.<br>1825 South 27th Avenue<br>Phoenix, AZ 85009-6417 | Trade debt | 7,835.75 |
| Globe-Con International, Inc.<br>Concord Square Bldg. 205<br>7 East Silver Springs Blvd.<br>Ocala, FL 34470 | Trade debt | 7,672.63 |
| Alabama Department Of Revenue<br>P.O. Box 327790<br>Montgomery, AL 36132 | Tax | 6,967.18 |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, [the president *or* other officer *or* an authorized agent of the corporation][*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: 6/29/2015     Signature: *[signed]*

Walter Andrews, III,

(Print Name and Title)